# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| Jay B. Glanzer and<br>Penny L. Glanzer,<br><br>   Plaintiffs,<br><br>v.<br><br>Bank of America, N.A.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) **Case No. 14-0298-CV-W-JTM**<br>)<br>)<br>)<br>) |

## ORDER OF RECUSAL

The undersigned hereby recuses from any further involvement in this matter.

Accordingly, it is

**ORDERED** that the Clerk of the Court shall redraw this matter for reassignment to another

District or Magistrate Judge.


             ***/s/ John T. Maughmer***
               **John T. Maughmer**
          **United States Magistrate Judge**